**2007 S Corporation Return**
prepared for:

**FGF721, INC**
1034 W LAKE
OAK PARK, IL 60302

**DEAN G. ANDRIANAKOS P.C., CPAs**
5532 N MILWAUKEE AVE., STE H
CHICAGO, IL 60630

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>► See separate instructions. | **2007** |

For calendar year 2007 or tax year beginning **Jul 1**, 2007, ending **Dec 31**, 2007

| | | |
|---|---|---|
| **A** S election effective date **07/01/07** | Name **FGF721, INC** | **D** Employer Identification number **26-0375073** |
| **B** Business activity code number (see instrs) **722210** | Number, street, and room or suite no. If a P.O. box, see instructions. **1034 W LAKE** | **E** Date incorporated **06/14/07** |
| **C** Check if Sch M-3 attached | City or town, state, and ZIP code **OAK PARK    IL   60302** | **F** Total assets (see instructions) **213,177.** |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: **(1)** ☐ Final return   **(2)** ☐ Name change   **(3)** ☐ Address change
                **(4)** ☐ Amended return   **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders in the corporation at the end of the tax year ............................ **1**

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### INCOME
| | | |
|---|---|---|
| **1a** Gross receipts or sales     204,252. **b** Less returns and allowances     **c** Bal ► | **1c** | 204,252. |
| **2** Cost of goods sold (Schedule A, line 8) | **2** | 121,853. |
| **3** Gross profit. Subtract line 2 from line 1c | **3** | 82,399. |
| **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **4** | |
| **5** Other income (loss) (attach statement)   STMT | **5** | 314. |
| **6** **Total income (loss).** Add lines 3 through 5 ► | **6** | 82,713. |

### DEDUCTIONS (See instrs for limitations)
| | | |
|---|---|---|
| **7** Compensation of officers | **7** | 7,500. |
| **8** Salaries and wages (less employment credits) | **8** | 32,368. |
| **9** Repairs and maintenance | **9** | 9,976. |
| **10** Bad debts | **10** | |
| **11** Rents | **11** | 22,159. |
| **12** Taxes and licenses | **12** | 9,221. |
| **13** Interest | **13** | 2,029. |
| **14** Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | **14** | 11,631. |
| **15** Depletion **(Do not deduct oil and gas depletion.)** | **15** | |
| **16** Advertising | **16** | 1,405. |
| **17** Pension, profit-sharing, etc, plans | **17** | |
| **18** Employee benefit programs | **18** | |
| **19** Other deductions (attach statement)   STMT | **19** | 38,890. |
| **20** **Total deductions.** Add lines 7 through 19 ► | **20** | 129,679. |
| **21** **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** | -96,966. |

### TAX AND PAYMENTS
| | | |
|---|---|---|
| **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| **b** Tax from Schedule D (Form 1120S) | **22b** | |
| **c** Add lines 22a and 22b (see instructions for additional taxes) | **22c** | |
| **23a** 2007 estimated tax payments and 2006 overpayment credited to 2007 | **23a** | |
| **b** Tax deposited with Form 7004 | **23b** | |
| **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| **d** Add lines 23a through 23c | **23d** | |
| **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | **24** | |
| **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | **25** | |
| **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | **26** | |
| **27** Enter amount from line 26 **Credited to 2008 estimated tax** ►     Refunded ► | **27** | |

**Sign Here**   Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer   Date   Title **PRESIDENT**

May the IRS discuss this return with the preparer shown below ☒ Yes ☐ No

**Paid Preparer's Use Only**
| | | |
|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐   Preparer's SSN or PTIN **P00117707** |
| Firm's name **DEAN G. ANDRIANAKOS P.C., CPAs** | | EIN **36-4478654** |
| (or yours if self-employed), address, and ZIP code **5532 N MILWAUKEE AVE., STE H   CHICAGO   IL   60630** | | Phone no. |

**BAA** For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   SPSA0112 12/26/07   Form **1120S** (2007)

Form **1120S** (2007) FGF721, INC                                                                         26—0375073          Page **2**

## Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | 126,756. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) | |
| 6 | **Total.** Add lines 1 through 5 | 126,756. |
| 7 | Inventory at end of year | 4,903. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 121,853. |

**9a** Check all methods used for valuing closing inventory:
  (I)  ☐ Cost as described in Regulations section 1.471-3
       ☒ Lower of cost or market as described in Regulations section 1.471-4
       ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ☐
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐
**d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ............ | 9d |
**e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ........ ☒ Yes  ☐ No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ........ ☐ Yes  ☒ No

## Other Information (see instructions)

                                                                                                          Yes  **No**

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _____
**2** See the instructions and enter the:
  **a** Business activity ▶ RESTAURANT      **b** Product or service ▶ FOOD & DRINK
**3** At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a QSub election made? ........ X
**4** Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? ........ X
**5** Check this box if the corporation issued publicly offered debt instruments with original issue discount ........ ☐
If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.
**6** If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b) has** net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ _____
**7** Enter the accumulated earnings and profits of the corporation at the end of the tax year  $ _____
**8** Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' *the* corporation is not required to complete Schedules L and M-1 ........ X

### Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---:|
| **1** | Ordinary business income (loss) (page 1, line 21) | | —46,966. |
| **2** | Net rental real estate income (loss) (attach Form 8825) | | |
| **3a** | Other gross rental income (loss) | 3a | |
| **b** | Expenses from other rental activities (attach statement) | 3b | |
| **c** | Other net rental income (loss). Subtract line 3b from line 3a | | |
| **4** | Interest income | | |
| **5** | Dividends: **a** Ordinary dividends | | |
| | **b** Qualified dividends | 5b | |
| **6** | Royalties | | |
| **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | |
| **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | |
| **b** | Collectibles (28%) gain (loss) | 8b | |
| **c** | Unrecaptured section 1250 gain (attach statement) | 8c | |
| **9** | Net section 1231 gain (loss) (attach Form 4797) | | 9 |
| **10** | Other income (loss) (see instructions) | | |

INCOME (LOSS)

Form **1120S** (2007)

Form **1120S** (2007) FGF7 2 1 **INC**     26—0375073     Page **3**

**Shareholders' Pro Rata Share Items** (continued) — Total amount

| | | Total amount |
|---|---|---:|
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | |
| | 12a Contributions | 65. |
| | b Investment interest expense | |
| | c Section 59(e)(2) expenditures (1) Type ► (2) Amount ► | |
| | d Other deductions (see instructions)... Type ► | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | |
| | b Low-income housing credit (other) | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | |
| | d Other rental real estate credits (see instrs) Type ► | |
| | e Other rental credits (see instrs) Type ► | |
| | f Credit for alcohol used as fuel (attach Form 6478) | |
| | Other credits (see instructions) ...... Type ► FORM 8846 CREDIT FOR EMPL SOC SEC/MEDICARE TAXES    13. | 511. |
| **Foreign Transactions** | 14a | |
| | ► b | |
| | c Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | d Passive category | |
| | e General category | |
| | f Other (attach statement) | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | g Interest expense | |
| | h Other | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | i Passive category | |
| | j General category | |
| | k Other (attach statement) | |
| | *Other information* | |
| | l Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | |
| | m Reduction in taxes available for credit (attach statement) | |
| | n Other foreign tax information (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 2,678. |
| | b Adjusted gain or loss | |
| | c Depletion (other than oil and gas) | |
| | d Oil, gas, and geothermal properties — gross income | |
| | e Oil, gas, and geothermal properties — deductions | |
| | f Other AMT items (attach statement) | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | |
| | b Other tax-exempt income | |
| | c Nondeductible expenses | 511. |
| | d Property distributions | 5,236. |
| | e Repayment of loans from shareholders | |
| **Other Information** | 17a Investment income | |
| | b Investment expenses | |
| | c Dividend distributions paid from accumulated earnings and profits | 0. |
| | d Other items and amounts (attach statement) | |
| **Reconciliation** | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l .... 18 | —47,031. |

BAA           Form **1120S** (2007)

Form **1120S** (2007)   FGF721, INC   26-0375073   Page 4

### Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | —14,090. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | 4,903. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | 205,000. | |
| b | Less accumulated depreciation | | | 11,631. | 193,369. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | 30,000. | |
| b | Less accumulated amortization | | | 1,005. | 28,995. |
| 14 | Other assets (attach stmt) | | | | |
| 15 | Total assets | | | | 213,177. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt). Ln..12 . St. | | | | 3,271 |
| 19 | Loans from shareholders | | | | 159,178. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 58,270 |
| 21 | Other liabilities (attach statement).... Ln..21 . St.. | | | | 40,000 |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | —47,542. |
| 25 | Adjustments to shareholders' equity (alt stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | | | 213,177. |

### Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** Schedule **M-3** required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | —47,542. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | a Tax-exempt interest . $ - - - - - - - - - - - - - - - - - | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 141 (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 141, not charged against book income this year (itemize): | |
| | a Depreciation ............. $ - - - - - - - - - - - - - - - | | | a Depreciation.... $ - - - - - - - - - - - - - - - - - | |
| | b Travel and entertainment . $ - - - - - - - - - - - - - - - - - | | | | |
| | * STMT    511. | 511. | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | —47,031. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7... | —47,031. |

### Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | 46,966. | | |
| 5 | Other reductions    * STMT | 576. | | |
| 6 | Combine lines 1 through 5 | —47,542. | | |
| 7 | Distributions other than dividend distributions | 0. | 0. | 0. |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | —47,542. | 0. | 0. |

SPSAO134 09128/07   Form **1120S** (2007)

Form **4562**
Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**
**(Including Information on Listed Property)**

■ See separate instructions.  ▶ Attach to your tax return.

OMB No. 1545-0172

**2007**

Attachment Sequence No. **67**

Name(s) shown on return: FGF7 21, INC
Identifying number: 26-0375073

Business or activity to which this form relates: Form 1120S Line 21

### Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part 1.

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $125,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | $500,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |
| | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 | 13 | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2007 | 17 | |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts check here ▶ ☐ | | |

**Section B — Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 150,000. | 7.0 yrs | HY | 200DB | 10,714. |
| d 10-year property | | | | | | |
| e 15-year property | | 55,000. | 15.0 yrs | HY | SL | 917. |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | | S/L | |

### Part IV — Summary (see instructions)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 11,631. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   FDIZ0812 10/05/07   Form **4562** (2007)

Form **4562** (2007) FG F721 , INC                                                        26-0375073        Page **2**

**Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section* **B,** *and Section C if applicable.*

**Section A — Depreciation and Other Information Caution:** *See the instructions for limits for passenger automobiles.*

24a Do you have evidence to support the business/investment use claimed?   Yes   No   24b If 'Yes,' is the evidence written?   Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment Use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25 Special allowance for qualified Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | 25 |

26 Property used more than 50% in a qualified business use:

27 Property used 50% or less in a qualified business use:

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .................. | 28 |
29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ........................................ | 29 |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for Personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section **B** for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

**Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2007 tax year (see instructions): | | | | | |
| GOODWILL | 07/01/07 | 30,000. | 197 | 15.00 yrs | 1,005. |
| 43 Amortization of costs that began before your 2007 tax year ........ | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | | 1,005. |

FDIZ0812 10/05/07                                                                              Form 4562 (2007)

| Form **8846** | **Credit for Employer Social Security and Medicare Taxes Paid on Certain Employee Tips** | OMB No. 1545-1414 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | kw Attach to your tax return. | **2007** Attachment Sequence No. 98 |

| Name(s) shown on return | Identifying number |
|---|---|
| FGF72 1, INC | 26-0375073 |

**Note.** Claim this credit *only* for social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

### Current Year Credit

| | | |
|---|---|---:|
| 1 | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | **1** 10,837. |
| 2 | Tips not subject to the credit provisions (see instructions) | **2** 4,155. |
| 3 | Creditable tips. Subtract line 2 from line 1 | **3** 6,682. |
| 4 | Multiply line 3 by 7.65% (.0765). If you had any tipped employees whose wages (including tips) exceeded $97,500, see instructions and check here | **4** 511. |
| 5 | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | **5** |
| 6 | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K; all others, go to line 7 | **6** 511. |
| 7 | Credit for employer social security and Medicare taxes paid on certain employee tips included on line 6 from passive activities (see instructions) | **7** |
| 8 | Subtract line 7 from line 6 | **8** |
| 9 | Credit for employer social security and Medicare taxes paid on certain employee tips allowed for 2007 from passive activities (see instructions) | **9** |
| 10 | Carryback of the credit for employer social security and Medicare taxes paid on certain employee tips from 2008 (see instructions) | **10** |
| 11 | Add lines 8 through 10. Use this amount to complete Part II | **11** |

### Allowable Credit

| | | |
|---|---|---|
| 12 | Regular tax before credits (see instructions) | **12** |
| 13 | Alternative minimum tax (see instructions) | **13** |
| 14 | Add lines 12 and 13 | **14** |
| 15a | Credits from Form 1040, lines 47 through 50 and 52 through 54 (or Form 1040NR, lines 44, 45, and 47 through 49) | **15a** |
| b | Foreign tax credit | **15b** |
| c | Credits from Forms 5735 and 8834 | **15c** |
| d | Non-business alternative motor vehicle credit (Form 8910, line 18) | **15d** |
| e | Non-business alternative fuel vehicle refueling property credit (Form 8911, line 19) | **15e** |
| f | Add lines 15a through 15e | **15f** |
| 16 | Net income tax. Subtract line 15f from line 14. If zero, skip lines 17 through 20 and enter -0- on line 21 | **16** |
| 17 | Net regular tax. Subtract line 15f from line 12. If zero or less, enter -0- | **17** |
| 18 | Enter 25% (.25) of the excess, if any, of line 17 over $25,000 (see instructions) | **18** |
| 19 | Subtract line 18 from line 16. If zero or less, enter -0- | **19** |
| 20a | General business credit (Form 3800, line 19) | **20a** |
| b | Empowerment zone an renewal community employment credit (Form 8844, line 26) | **20b** |
| c | Work opportunity credit (Form 5884, line 22) | **20c** |
| d | Alcohol fuels credit (Form 6478, line 24) | **20d** |
| e | Renewable electricity, refined coal, and Indian coal production credit (Form 8835, line 43) | **20e** |
| f | Add lines 20a through 20e | **20f** |
| 21 | Subtract line 20f from line 19. If zero or less, enter -0- | **21** |
| 22 | **Credit allowed for the current year.** Enter the smaller of line 11 or 21. Report this amount on Form 1040, line 55; Form 1040NR, line 50; Form 1120, Schedule J, line 5c; or the applicable *line* of your return. If line 21 is smaller than *line* 11, see instructions | **22** |

BAA For Paperwork Reduction Act Notice, see instructions.    FDIZ3101 08/29/07    Form **8846** (2007)

Form **8879-S**  
Department of the Treasury  
Internal Revenue Service

**IRS e-file Signature Authorization for Form 1120S**

For calendar year 2007, **or** tax year beginning **Jul 1**, 2007, ending **Dec 31**, 2007.  
See instructions. Do not send to the IRS. Keep for your records.

OMB No. 1545-1863

**2007**

Name of corporation: FGF721 INC  
Employer Identification number: 26-0375073

### Tax Return Information (Whole dollars only)

| | | |
|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120S, line 1c) | 1 | 204,252. |
| 2 | Gross profit (Form 1120S, line 3) | 2 | 82,399. |
| 3 | Ordinary business income (loss) (Form 1120S, line 21) | 3 | —46,966. |
| 4 | Net rental real estate income (loss) (Form 1120S, Schedule K, line 2) | | |
| 5 | Income (loss) reconciliation (Form 1120S, Schedule K, line 18) | 5 | —47,031. |

### Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2007 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the return or refund, and **(d)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

I authorize **DEAN G. ANDRIANAKOS P.O., CPAs** to enter my PIN **54321** as my signature  
ERO (firm name)    do not enter all zeros

on the corporation's 2007 electronically filed income tax return.

As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2007 electronically filed income tax return.

Officer's signature _____ Date _____ Title **PRESIDENT**

### Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN ............ **36211354321**  
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2007 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112**, IRS e-file Application and Participation, and **Pub 4163**, Modernized e-File (MeF) Information for Authorized IRS e-file Providers.

ERO's signature _____ Date _____

**ERO Must Retain This Form — See Instructions**  
**Do Not Submit This Form to the IRS Unless Requested To Do So**

BAA For Paperwork Reduction Act Notice, see instructions.    Form **8879-S** (2007)

SPSAO701 06/12107

671107

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0130

# Schedule K-1
**(Form 1120S)**    **2007**

For calendar year 2007, or tax

Department of the Treasury
Internal Revenue Service

Year beginning __Jul 1__, 2007
ending __Dec 31__, __2007__

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

### Information About the Corporation

**A** Corporation's employer identification number
26-0375073

**B** Corporation's name, address, city, state, and ZIP code
FGF721, INC
1034 W LAKE
OAK PARK, IL 60302

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

### Information About the Shareholder

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state, and ZIP code
FRANG G FRANGELLO
2211 74TH AVE
ELMWOOD PARK, IL 60707

**F** Shareholder's percentage of stock ownership for tax year ......................... 100.00000 %

For IRS Use Only

## Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 46,966. | 13 | Credits  N   511. |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items  A   2,678. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis  C   511. |
| 12 | Other deductions  A   65. | | D   5,236. |
| | | 17 | Other information |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Schedule **K-1** (Form 1120S) 2007

SP5A0412 09/19/07

Schedule **K-1** (Form 1120S) 2007 FGF7 21, INC                     2 6- 037 5073          Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | |
|---|---|---|
| **1** | **Ordinary business income (loss),** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows: | |
| | | *Report on* |
| | Passive loss | **See the** Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | **Net rental real estate income (loss)** | See the Shareholder's Instructions |
| **3** | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Shareholder's Instructions |
| **4** | **Interest Income** | Form 1040, line 8a |
| **5 a** | **Ordinary dividends** | Form 1040, line 9a |
| **5 b** | **Qualified dividends** | Form 1040, line 9b |
| **6** | **Royalties** | Schedule E, line 4 |
| **7** | **Net short-term capital gain (loss)** | Schedule D, line 5, column (0 |
| **8 a** | **Net long-term capital gain (loss)** | Schedule D, line 12, column (0 |
| **8 b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule **D** instructions) |
| **8 C** | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| **9** | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| **10** | **Other income (loss)** | |
| | *Code* | |
| | **A** Other portfolio income (loss) | See the Shareholder's Instructions |
| | **B** Involuntary conversions | See the Shareholder's Instructions |
| | C Section 1256 contracts and straddles | Form 6781, line 1 |
| | **D** Mining exploration costs recapture | See Pub 535 |
| | **E** Other income (loss) | See the Shareholder's Instructions |
| **11** | **Section 179 deduction** | See the Shareholder's Instructions |
| **12** | **Other deductions** | |
| | **A** Cash contributions (50%) | |
| | **B** Cash contributions (30%) | |
| | C Noncash contributions (50%) | See the Shareholder's Instructions |
| | **D** Noncash contributions (30%) | |
| | **E** Capital gain property to a 50% organization (30%) | |
| | **F** Capital gain property (20%) | |
| | **G** Investment interest expense | Form 4952, line 1 |
| | **H** Deductions - royalty income | Schedule E, line 18 |
| | I Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | **J** Deductions - portfolio (2% floor) | Schedule A, line 23 |
| | **K** Deductions - portfolio (other) | Schedule A, line 28 |
| | **L** Preproductive period expenses | See the Shareholder's Instructions |
| | **M** Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | **N** Reforestation expense deduction | See the Shareholder's Instructions |
| | O Domestic production activities information | See Form 8903 Instructions |
| | **P** Qualified production activities income | Form 8903, line 7 |
| | **Q** Employer's Form W-2 wages | Form 8903, line 15 |
| | **R** Other deductions | See the Shareholder's Instructions |
| **13** | **Credits** | |
| | **A** Low-income housing credit (section 420(5)) | |
| | B Low-income housing credit (other) | |
| | C Qualified rehabilitation expenditures (rental real estate) | See the Shareholder's Instructions |
| | D Other rental real estate credits | |
| | E Other rental credits | |
| | **F** Undistributed capital gains credit | Form 1040, line 70, check box a |
| | G Credit for alcohol used as fuel | |
| | **H** Work opportunity credit | |
| | Welfare-to-work credit | See the Shareholder's Instructions |
| | Disabled access credit | |
| | **K** Empowerment zone and renewal community employment credit | Form 8844, line 3 |

| | | |
|---|---|---|
| | *Code* | *Report on* |
| | **L** Credit for increasing research activities | |
| | **M** New markets credit | See the Shareholder's Instructions |
| | N Credit for employer social security and Medicare taxes | |
| | O Backup withholding | Form 1040, line 64 |
| | P Other credits | See the Shareholder's Instructions |
| **14** | **Foreign transactions** | |
| | **A** Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | **D** Passive category | |
| | E General category | Form 1116, Part I |
| | **F** Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | G Interest expense | Form 1116, Part I |
| | H Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | I Passive category | |
| | **J** General category | Form 1116, Part I |
| | K Other | |
| | *Other information* | |
| | **L** Total foreign taxes paid | Form 1116, Part II |
| | **M** Total foreign taxes accrued | Form 1116, Part II |
| | N Reduction in taxes available for credit | Form 1116, line 12 |
| | O Foreign trading gross receipts | Form 8873 |
| | P Extraterritorial income exclusion | Form 8873 |
| | Q Other foreign transactions | See the Shareholder's Instructions |
| **15** | **Alternative minimum tax (AMT) items** | |
| | **A** Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | |
| | C Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | D Oil, gas, & geothermal - gross income | |
| | E Oil, gas, & geothermal - deductions | |
| | **F** Other **AMT** items | |
| **16** | **Items affecting shareholder basis** | |
| | **A** Tax-exempt interest income | Form 1040, line 8b |
| | B Other tax-exempt income | |
| | **C** Nondeductible expenses | See the Shareholder's Instructions |
| | D Property distributions | |
| | E Repayment of loans from shareholders | |
| **17** | **Other information** | |
| | **A** Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | D Basis of energy property | See the Shareholder's Instructions |
| | E Recapture of low-income housing credit (section 42()(5)) | Form 8611, line 8 |
| | F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | G Recapture of investment credit | See Form 4255 |
| | H Recapture of other credits | See the Shareholder's Instructions |
| | Look-back interest - completed long-term contracts | See Form 8697 |
| | **J** Look-back interest - income forecast method | See Form 8866 |
| | **K** Dispositions of property with section 179 deductions | |
| | **L** Recapture of section 179 deduction | |
| | **M** Section 453(0(3) information | |
| | **N** Section 453A(c) information | |
| | **O** Section 1260(b) information | See the Shareholder's Instructions |
| | **P** Interest allocable to production expenditures | |
| | Q CCF nonqualified withdrawals | |
| | **R** Information needed to figure depletion - oil and gas | |
| | **S** Amortization of reforestation costs | |
| | Other information | |

SPSA0412 09/19/07

Schedule **K-1** (Form 1120S) 2007

Form 1120S, Page 1, Line 5
**Other Income (Loss)**

| | |
|---|---:|
| **VENDORS' FEES** | 314. |
| Total | 314. |

Form 1120S, Page 1, Line 19
**Other Deductions**

| | |
|---|---:|
| **AMORTIZATION** | 1,005. |
| **BANK CHARGES** | 1,566. |
| **CREDIT CARD FES** | 4,282. |
| **CASH SHORT (OVER)** | 62. |
| **DUES AND SUBSCRIPTIONS** | 435. |
| **EQUIPMENT RENTAL** | 1,816. |
| **INSURANCE** | 3,269. |
| **PROFESSIONAL FEES** | 2,557. |
| **LICENSES AND PERMITS** | 566. |
| **LIGHT AND GAS** | 11,004. |
| **LAUNDRY** | 816. |
| **OFFICE SUPLIES** | 3,936. |
| **PRINTING** | 1,886. |
| **RESTAURANT SUPPLIES** | 789. |
| **TELEPHONE** | 1,091. |
| **TRASH REMOVAL** | 2,150. |
| **UNIFORMS** | 584. |
| **WATER AND SEWER** | 411. |
| **MISCELLANEOUS EXPENSE** | 665. |
| Total | 38,8 90. |

Other Current Liabilities:
**1120S, Schedule L, Line 18**

| **Other Current Liabilities:** | Beginning of tax year | End of tax year |
|---|---:|---:|
| State withholding | | 701. |
| Federal unemployment | | 176. |
| State unemployment | | 274. |
| Sales tax payable - state | | 2,017. |
| Accrued expenses | | 103. |
| Total | | 3,271. |

Other Liabilities:
**1120S, Schedule L, Line 21**

| **Other Liabilities:** | Beginning of tax year | End of tax year |
|---|---:|---:|
| Loan payble - Capital business | | 40,000. |
| Total | | 40,000. |

Form 1120S, Page 4, Schedule M-1, Line 3
**Sch M-1, Line 3**

| PAYROLL TAXES FOR EMPLOYER TAX ON TIPS CREDIT | 511. |

Total | 511.

Form 1120S, Page 4, Schedule M-2, Line 5
**Schedule M-2, Other Reductions**

| CHARITABLE CONTRIBUTIONS | 65. | |
| PAYROLL TAXES FOR EMPLOYER TAX ON TIE'S CREDIT | 511. | |

Total | 576.

**Supporting Statement of:**

Form 1120S p1-2/State Inc Taxes

| Description | Amount |
|---|---:|
| Taxes, other | 35. |
| Taxes, payroll | 4,697. |
| Total | 4,732. |

**Supporting Statement of:**

Form 1120S p3-4/Sch L, 1(d)

| Description | Amount |
|---|---:|
| Cash in bank-General | -2,392. |
| Cash in bank - Payroll | -11,698. |
| Total | -14,090. |

**Supporting Statement of:**

Form 1120S p3-4/Sch L, 10a(c)

| DeScdption | Amount |
|---|---:|
| Equipment | 70,000. |
| Furniture and fixtures | 80,000. |
| Leasehold improvements | 55,000. |
| Total | 205,000. |

**Supporting Statement of:**

Form 1120S p3-4/Sch L, 10b(c)

| Description | Amount |
|---|---:|
| Accumulated depreciation | 11,631. |
| Total | 11;631. |

**Supporting Statement of:**

Form 1120S p3-4/Sch L, 13a(c)

| Description | Amount |
|---|---:|
| Goodwill | 30,000. |

Continued

**Supporting Statement of:**

Form 1120S p3-4/Sch L, 13a(c)

| Description | Amount |
|---|---|
| Total | 30,000. |

**Supporting Statement of:**

Form 1120S p3-4/Sch L, 13b(c)

| Description | Amount |
|---|---|
| Accumulated amortization | 1,005. |
| Total | 1,005. |



**Illinois Department of Revenue**
# 2007 Form IL-1120-ST
**Small Business Corporation Replacement Tax Return**
Due on or before the 15th day of the 3rd month following the close of the tax year.

If this return is not for calendar year 2007, enter your fiscal tax year here.
Tax year beginning **Jul 1**, 2007, ending **Dec 31, 07**.

Enter the amount you are paying **0.**

## Step 1: Identify your small business corporation

**A** Enter your business name and mailing address. If you have an address change, check this box

**FGF721, INC**
Name

___
C/O

**1034 W LAKE**
Mailing address

**OAK PARK**                              **IL  60302**
City                                     State  ZIP

**B** Check the box if one of the following apply.
   ☐ first return    ☐ final return (If final, enter the date _____)

**C** If this is a final return because you sold this business, enter the date sold _____, add the new owner's FEIN. _____

**D** Special Apportionment Formulas. If you use a special apportionment formula, check the appropriate box and see Special Apportionment Formula instructions.
   ☐ Financial organizations    ☐ Transportation companies

**E** Enter your federal employer identification no. (**FEIN**).
   **2 6 — 0 3 7 5 0 7 3**

**F** Enter your Illinois Business Tax number. (**IBT**).
   **5558 — 638 4**

**G** ☐ Check this box if you are a member of a unitary business group, and enter the FEIN of the member filing the Schedule UB, Combined Apportionment for Unitary Business Groups.
   _____

**H** Enter the state and zip code where your accounting records are kept. (Use the two-letter postal abbreviation. Eg., IL, GA, etc.)
   **IL**                **60 630**
   State                 Zip

**I** If you are making the business income election, to treat all nonbusiness income as business income, check here and enter '0' on lines 37 and 45 ........ ☐

**J** Enter your Illinois corporate file (charter) number.
   **6553 93 0 6**

**K** If you have completed the following federal forms, check the box and attach them to this return.
   ☐ Federal Form 8886    ☐ Federal Sch. M-3

## Step 2: Figure your ordinary income or loss

| | | |
|---|---|---|
| 1 | Ordinary income or loss or equivalent from federal Schedule K ............... | 1  —46,966. |
| 2 | Net income or loss from all rental real estate activities ........................... | 2  _____ |
| 3 | Net income or loss from other rental activities .......................................... | 3  _____ |
| 4 | Portfolio income or loss .............................................................................. | 4  _____ |
| 5 | Net IRC section 1231 gain or loss from involuntary conversions due to casualty and theft ......... | 5  _____ |
| 6 | All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1120S. See instructions. Identify: _____ | 6  _____ |
| 7 | Add Lines 1 through 6. This is your ordinary income or loss ................... |    —46,966. |

## Step 3: Figure your unmodified base income or loss

| | | |
|---|---|---|
| 8 | Charitable contributions ............................................................................ | 8   65. |
| 9 | Expense deduction under IRC Section 179 ............................................. | 9  _____ |
| 10 | Interest on investment indebtedness ..................................................... | 10 _____ |
| 11 | All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1120S. See instructions. Identify: _____ | 11 _____ |
| 12 | Add lines 8 through 11 .......................................................................... | 12   65. |
| 13 | Subtract line 12 from line 7. This amount is your total unmodified base income or loss. | 13   —47,031. |

**NS DR** _____

ILSA0701 12/21/07                                              **Form IL-1120-ST (R-12/07)** ID: 3011

Form IL-1120-ST        FGF7 2 1 ,    INC                                                           2 6-0375 0 7 3        Page 2

| | | |
|---|---|---|
| 14 | Enter your unmodified base income from Line 13 | 14    —47,031. |

### Step 4: Figure your income or loss

| | | |
|---|---|---|
| 15 | State, municipal, and other interest income excluded from line 14 | 15 |
| 16 | Illinois replacement tax deducted in arriving at line 14 | 16    4,732. |
| 17 | Illinois Bonus Depreciation addition. **Attach** Form IL-4562 | 17 |
| 18 | Related-Party Expenses addition. **Attach** Schedule 80/2Q | 18 |
| 19 | Distributive share of additions. **Attach** Schedule K-1-P or K-1-T | 19 |
| 20 | The amount of loss distributable to a shareholder subject to replacement tax. **Attach** Schedule B | 20 |
| 21 | Other additions. **Attach** Illinois Schedule M (for businesses) | 21 |
| 22 | Add lines 14 through 21. This amount is your income or loss | 22    —42,299. |

### Step 5: Figure your Illinois base income or net loss

| | | |
|---|---|---|
| 23 | Interest income from U.S. Treasury obligations or other exempt federal obligations | 23 |
| 24 | Share of income distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 24 |
| 25 | Expenses incurred in producing certain federally tax-exempt income or federal credits | 25 |
| 26 | Enterprise Zone or River Edge Redevelopment Zone dividend subtraction. **Attach** Schedule 1299-A | 26 |
| 27 | Enterprise Zone or River Edge Redevelopment Zone interest subtraction. **Attach** Schedule 1299-A | 27 |
| 28 | High impact Business dividend subtraction. **Attach** Schedule 1299-A | 28 |
| 29 | High Impact Business interest subtraction. **Attach** Schedule 1299-A | 29 |
| 30 | Contribution subtraction. **Attach** Schedule 1299-A | 30 |
| 31 | Illinois Bonus Depreciation subtraction. **Attach** Form IL-4562 | 31 |
| 32 | Related-Party Expenses subtraction. **Attach** Schedule 8012Q | 32 |
| 33 | Distributive share of subtractions. **Attach** Schedule K-1-P or K-1-T | 33 |
| 34 | Other subtractions. **Attach** Schedule M (for business) | 34 |
| 35 | Total subtractions. Add lines 23 through 34 | 35 |
| 36 | Base income or net loss. Subtract line 35 from line 22 | 36    —42,299. |

**STOP: If the amount on line 36 is derived inside and outside Illinois, complete Step 6; otherwise go to Step 7.**

### Step 6: Figure your income allocable to Illinois

| | | |
|---|---|---|
| 37 | Nonbusiness income or loss. **Attach** Schedule NB | 37 |
| 38 | Non-unitary partnership business income or loss included in Line 36 | 38 |
| 39 | Add lines 37 and 38 | 39 |
| 40 | Business income or loss. Subtract line 39 from line 36 | 40 |
| 41 | Total sales everywhere. This amount cannot be negative | 41 |
| 42 | Total sales inside Illinois. This amount cannot be negative | 42 |
| 43 | Apportionment factor. Divide Line 42 by Line 41 (carry to six decimal places) | 43 |
| 44 | Business income or loss apportionable to Illinois. Multiply Line 40 by Line 43 | 44 |
| 45 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB | 45 |
| 46 | Non-unitary partnership business income or loss apportionable to Illinois | 46 |
| 47 | Base income or net loss allocable to Illinois. Add Lines 44 through 46 | 47 |

### Step 7: Figure your net income

| | | |
|---|---|---|
| 48 | Base income or net loss from Step 5, Line 36, or Step 6, Line 47 | 48    —42,299. |
| 49 | Illinois net loss deduction. **Attach** Schedule NLD. If Line 48 is zero or a negative amount, enter '0' | 49    0. |
| 50 | Income after NLD. Subtract Line 49 from Line 48 | 50    —42,299. |

ILSA0702 10/10/07                                                                                         Form **IL-1120-ST** (R-12/07) io: 3011

Form **IL-1120-ST**    FGF7 2 1 , INC    2 6-037507 3    Page **3**

| | | |
|---|---|---|
| **51** Enter the amount from Line 50 | **51** | —42,299. |

### Step 8: Figure your net replacement tax

| | | |
|---|---|---|
| **52** Replacement tax. Multiply Line 51 by 1.5% (.015) | **52** | 0. |
| **53** Recapture of investment credits. **Attach** Schedule 4255 | **53** | |
| **54** Replacement tax before investment credits. Add Lines 52 and 53 | **54** | 0. |
| **55** Investment credits. **Attach** Form IL-477 | **55** | |
| **56** Net replacement tax. Subtract Line 55 from Line 54. Enter '0' if this is a negative amount | **56** | 0. |

### Step 9: Figure your refund or balance due

**57** Payments
  **a** Credit from 2006 overpayment ..... a ..........................
  **b** Form IL-505-B (extension) payment ..........................

| | | |
|---|---|---|
| **58** Total payments. Add Lines 57a and 57b | **58** | |
| **59** Overpayment. If Line 58 is greater than Line 56, subtract Line 56 from Line 58 | **59** | |
| **60** Amount to be **credited to 2008** | **60** | |
| **61** Refund. Subtract Line 60 from Line 59. This is the amount to be refunded | **61** | |
| **62** Tax Due. If Line 56 is greater than Line 58, subtract Line 58 from Line 56 | **62** | 0. |

i• Make your check payable to 'Illinois Department of Revenue' and attach to the front of this from. ^

*Special Note: Enter* the amount of your payment on the top of Page 1 In the space provided.

### Step 10: Sign here
Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Signature of authorized officer | Date | Title | Phone |
|---|---|---|---|
| Signature of preparer | Date | 3 6 — 4 4 7 8 65 4<br>Preparer's SSN or firm's FEIN | |
| DEAN G. ANDRIANAKOS P . C . , CPAs CHICAGO<br>Preparer firm's name (or yours, if self-employed) | 5532 N MILWAUKEE AVE., STE H<br>IL 60630<br>Address | | Phone |

III _    **Mail this return to: Illinois Department of Revenue, P.O. Box 19032, Springfield, IL 62794-9032**  41

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.    IL-492-0073

ILSA0703 12/21/07    Form **IL-1120-ST** (R-12/07) ID: 3011

**Illinois Deparlment of Revenue**

**Schedule B**  **Partners' or Shareholders' Identification**

Attach to your Form IL-1065 or Form IL-1120-ST.

Year ending 12 2007
Month Year
IL AttachMent no. 1

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.
FGF721, INC

Enter your federal employer identification number (FEIN).
26-0375073

**Step 1: Provide the following information**
1 Enter the amount of base income or net loss from your Form IL-1065 or Form 1L-1120-ST, Line 48 ............ 1 —42,299.
2 Enter the apportionment factor from your Form IL-1065 or Form 1L-1120-ST, Line 43 ............ 1.000000

**Step 2: Identify your partners or shareholders.** Attach additional sheets if necessary.

| | A<br>Name and Address | B<br>Social Security number or FEIN | C<br>Partner or Shareholder type (see instructions.) | D<br>Total amount of base income (loss) distributable (See instructions.) | E<br>Check if partner or shareholder is subject to Illinois replacement tax (See Instructions.) | F<br>Check if partner or shareholders income is included on a Composite return (Form IL-1023-C). |
|---|---|---|---|---|---|---|
| 1 | FRANG G FRANGELLO<br>2211 74TH AVE<br>ELMWOOD PARK, IL 60707 | 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 | I | —42,299. | ❏ | ❏ |
| 2 | | | | | ❏ | ❏ |
| 3 | | | | | ❏ | ❏ |
| 4 | | | | | ❏ | ❏ |
| 5 | | | | | ❏ | ❏ |
| 6 | | | | | | |
| 7 | | | | | CI | |

8 Add the amounts shown in Column D for partners or shareholders for which you have marked in Column E. Enter the total here. (See instructions.) ............ 8 _____

ILSA2901 10/16/07

Schedule **B** (R-12/07) ID; 3011